KEITH M. WHITE #188536
COLEMAN & HOROWITT, LLP
Attorneys at Law
499 West Shaw, Suite 116
Fresno, California 93704
Telephone: (559) 248-4820
Facsimile: (559) 248-4830

Attorneys for Defendant FRESNO STORYLAND, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE MARTIN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>FRESNO STORYLAND, INC.; CITY OF FRESNO<br><br>　　　　　Defendant(s). | NO.　1:16-cv-00972-LJJO-BAM<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE, DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT and DEADLINE TO SERVE DEFENDANT CITY OF FRESNO**; ~~[PROPOSED]~~ **ORDER** |

　　　　WHEREAS, the responsive pleading of Defendant FRESNO STORYLAND, INC. ("Storyland"), is currently due on September 6, 2016 as the result of it accepting written Waiver of Service of Summons;

　　　　WHEREAS, the scheduling conference in this matter is currently set for October 12, 2016 at 9:00 a.m.;

　　　　WHEREAS, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, the last date for Plaintiff MICHAEL MARTIN ("Martin") to effect service on Defendant CITY OF FRESNO ("City") is October 4, 2016 unless Plaintiff shows good cause to extend such deadline;

　　　　WHEREAS, City has not yet been served;

　　　　WHEREAS, Storyland believes that it is required by its lease of the facility at issue to defend and indemnify from claims such as those raised by MARTIN;

1

WHEREAS, Storyland wishes to focus its efforts and limited resources on resolving this dispute and removing barriers to access rather than paying for the City's defense;

WHEREAS, Storyland is governed by a volunteer board of directors that meets once a month;

WHEREAS, Martin and Storyland wish additional time to attempt resolution of the matter without incurring fees and costs associated with filing responsive pleadings, preparing for and attending the scheduling conference as currently scheduled and having the City served or appear;

WHEREAS, the parties wish to conserve the Court's resources and time and not unnecessarily burden the Court with a matter that will likely be informally resolved;

WHEREAS, an inspection of the subject property by a certified California access specialist has taken place and Storyland is in the process of developing a plan for remediation of the access issues identified in that report but, due to various limitations, the remediation plan may require substantial input from consultants as well as creative resolutions, all of which will take some time to explore;

WHEREAS, the parties are cautiously optimistic that once the remediation plan is complete, further use of the Court's resources and time will be unnecessary;

NOW, THEREFORE, Plaintiff MICHELLE MARTIN, through her attorney of record, and Defendant FRESNO STORYLAND, INC., through its attorney of record, hereby stipulate as follows:

1. That the Mandatory Scheduling Conference that was scheduled by the court for October 12, 2016 at 9:00 a.m. be continued to a date after February 3, 2017 at the Court's convenience;

2. That Defendant FRESNO STORYLAND, INC.'s time to respond to the Complaint be extended to December 23, 2016 which extension exceeds 28 days from the initial deadline; and

3. That Plaintiff MICHELLE MARTIN has until December 2, 2016 to effectuate service of her summons and complaint on Defendant CITY OF FRESNO.

Dated: August 9, 2016  COLEMAN & HOROWITT, LLP

By: */s/ Keith M. White*
KEITH M. WHITE
Attorneys for Defendant,
FRESNO STORYLAND, INC.

Dated: August 9, 2016  MOORE LAW FIRM, P.C.

By: */s/ Tanya E. Moore*
TANYA E. MOORE
Attorneys for Plaintiff
MICHELLE MARTIN

I attest that I obtained the concurrence of the person(s) whose electronic signature is shown prior to the filing of this document.

Dated: August 9, 2016  COLEMAN & HOROWITT, LLP

By: */s/ Keith M. White*
KEITH M. WHITE
Attorneys for Defendant,
FRESNO STORYLAND, INC.

**ORDER**

The Parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that Defendant FRESNO STORYLAND, INC.'s response to Plaintiff's complaint shall be filed and served on or before December 23, 2016;

That Plaintiff MICHELLE MARTIN have until December 2, 2016 to effectuate service of her summons and complaint on Defendant CITY OF FRESNO; and

IT IS FURTHER ORDERED that the Mandatory Scheduling Conference currently set for September 12, 2016 at 9:00 a.m. is **CONVERTED** to a TELEPHONIC STATUS CONFERENCE set for **November 15, 2016 at 09:00 AM** in Courtroom 8 before Magistrate Barbara A. McAuliffe.  The plaintiff shall file a Status Report one week prior to the hearing.

**IT IS SO ORDERED.**

Dated:   **August 12, 2016**            /s/ Barbara A. McAuliffe
                                       UNITED STATES MAGISTRATE JUDGE