James H. Wilkins, #116364
WILKINS, DROLSHAGEN & CZESHINSKI LLP
6785 N. Willow Ave.
Fresno, CA 93710
Telephone: (559) 438-2390
Facsimile: (559) 438-2393

Attorneys for Defendant, CITY OF FRESNO

(SPACE BELOW FOR FILING STAMP ONLY)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA-FRESNO

| | |
|---|---|
| MICHELLE MARTIN,<br><br>Plaintiff,<br><br>v.<br><br>FRESNO STORYLAND, INC.; CITY OF FRESNO, and Does 1 through 25, inclusive,<br><br>Defendants. | Case Number 1:16-CV-00972-LJO-BAM<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT BY 24 DAYS (L.R. 144); ORDER**<br><br>Complaint served: November 8, 2016<br>Current respond date: November 29, 2016<br>New response date: December 23, 2016 |

Pursuant to Eastern District Local Rule 144, Plaintiff, Michelle Martin and Defendant, City of Fresno hereby stipulate and agree that Defendant shall have up to and including December 23, 2016 to move or plead n response to the Complaint. This is the first extension of time for Defendant to respond to the Complaint.

SO STIPULATED.

Dated: November 16, 2016          Moore Law Firm, P.C.

                                 By  */s/ Tanya E. Moore*
                                     Tanya E. Moore
                                     Attorneys for Plaintiff, MICHELLE MOORE

Dated: November 16, 2016          WILKINS, DROLSHAGEN & CZESHINSKI LLP

                                 By */s/ James H. Wilkins*
                                    James H. Wilkins
                                    Attorneys for Defendant, CITY OF FRESNO

WILKINS,
DROLSHAGEN &
CZESHINSKI LLP
6785 N. Willow Ave.
Fresno, CA 93710

ORDER

IT IS SO ORDERED THAT the Defendant, City of Fresno, time to answer the complaint is extended to December 23, 2016.

Dated: **November 17, 2016**              /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE